No. 496. TERMINAL & SHAKER HEIGHTS REALTY CO. *v.* BRADLEY ET AL. November 13, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Robert J. Bulkley* and *James A. Butler* for petitioner. *Mr. Charles K. Arter* for respondents.

No. 542. BASS *v.* BALTIMORE & OHIO TERMINAL RAILROAD CO. November 13, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied for the reason that application therefor was not made within the time provided by law. § 8 (a), Act of February 13, 1925 (43 Stat. 936, 940), 28 U. S. C., § 350. *Mr. Royal W. Irwin* for petitioner. *Mr. Edward W. Rawlins* for respondent.

No. 516. FERGUSON *v.* MASSACHUSETTS. November 13, 1944. Petition for writ of certiorari to the Supreme Judicial Court of Massachusetts denied.

No. 531. COYLE *v.* CALIFORNIA ET AL. November 13, 1944. Petition for writ of certiorari to the Supreme Court of California denied.

No. 621. CLEVELAND *v.* KAISER, WARDEN. November 13, 1944. Petition for writ of certiorari to the Supreme Court of Missouri denied.

No. 532. UNITED STATES *v.* SHEARER. See *ante,* p. 676.